UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
U.S. BANK NATIONAL ASSOCIATION
*Not in its individual capacity but solely as trustee for the RMAC Trust, series 2016-CTT*,

                 Plaintiff,

    - against -

JOSEPH P. TAPLER, *et al.*,

                 Defendants.
------------------------------------------------------------------x

**ORDER ADOPTING REPORT AND RECOMMENDATION**
19-CV-1101 (RRM) (ST)

ROSLYNN R. MAUSKOPF, Chief United States District Judge.

In a report and recommendation dated September 23, 2020, (the "R&R"), Magistrate Judge Steven Tiscione recommended that the Court deny plaintiff's motion for default judgment against all defendants. (R&R (Doc. No. 20).) Judge Tiscione advised the parties that they had 14 days from the date of that R&R in which to file objections. (*Id.*) To date, neither party has filed an objection to the R&R.

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Accordingly, it is

ORDERED that the R&R is adopted in its entirety and the motion for default judgment against the defendants is denied, and

ORDERED that this case is administratively closed without prejudice to any party's right to reopen upon letter request within 30 days of the New York Court of Appeals decision in *CIT Bank N.A. v. Schiffman*, 948 F.3d 529 (2d Cir.), *certified question accepted*, 34 N.Y.3d 1137, 1119 N.Y.S.3d 419, 42 N.E.3d 102 (2020).

SO ORDERED.

Dated: Brooklyn, New York
       October 27, 2020

*Roslynn R. Mauskopf*

_____
ROSLYNN R. MAUSKOPF
Chief United States District Judge